**Order entered February 7, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-01452-CV
No. 05-18-01453-CV

### IN THE BEST INTEREST AND PROTECTION OF B.J.

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. MI-18-03203 and MED-18-80461**

## ORDER

Before the Court is appellee's January 31, 2019 motion to dismiss based on mootness and alternative unopposed motion for extension of time to file a brief. We **DENY** the motion to dismiss. We **GRANT** the motion for extension **to the extent** that appellee shall file a brief by **February 27, 2019**.

/s/    BILL WHITEHILL
JUSTICE